# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **GWENDOLYN BROWN** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** 4:20-cv-01063 |
| | § | |
| **HARJEET SINGH AND A STERLING** | § | |
| **FREIGHT CARRIER, INC.,** | § | |
| *Defendants.* | § | |

## INDEX OF STATE COURT FILE

The following is an index identifying each state court document and the date in which each

document was filed in the 352nd Judicial District Court, Tarrant County, Texas.

| EXHIBIT | DATE | DOCUMENT |
|---|---|---|
| **2** | | Index of State Court File |
| **2a** | 09/22/2020 | Docket Sheet |
| **2b** | 08/17/2020 | Plaintiff's Original Petition and Request for Disclosure |
| **2c** | 09/21/2020 | Defendants' Original Answer and Request for Disclosure |
| **2d** | 09/21/2020 | Defendants' Request for Jury Trial |

# EXHIBIT 2a

## Case Information

## GWENDOLYN BROWN VS. HARJEET SINGH, ET AL

352-318699-20

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| Tarrant Count - District Clerk | Civil - Injury or Damage | Motor Vehicle Accident | 8/17/2020 |

## Parties ③

| Type | Name | Attorneys |
|---|---|---|
| Plaintiff | GWENDOLYN BROWN | VALERIE HULSE |
| Defendant | HARJEET SINGH | DAVID L SARGENT |
| Defendant | THE A STERLING FREIGHT CARRIER INC | DAVID L SARGENT |

## Filings ③

| Date | Filing Type | Filing Description | Documents |
|---|---|---|---|
| 8/17/2020 | Petition | PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE | 8.17.20 Petition - Brown v Singh.pdf |
| 9/21/2020 | Request | Defendants' Request for Jury Trial | Defs' Jury Request.pdf |
| 9/21/2020 | Answer/Response | Defendants Harjeet Singh and A Sterling Freight Carrier, Inc.'s Original Answer and Request for Disclosure | Defs' Original Answer & RFD.pdf |

© 2020 Tyler Technologies, Inc. | All Rights Reserved

Version: 2020.0.4.3115





# EXHIBIT 2b

## THE STATE OF TEXAS
## DISTRICT COURT, TARRANT COUNTY

*CITATION*                    *Cause No. 352-318699-20*

### GWENDOLYN BROWN
### VS.
### HARJEET SINGH, ET AL

TO: A STERLING FREIGHT CARRIER INC

B/S REG AGENT-AJIT SINGH JOHAL 8608 UTICA AVE STE 220AJ RANCHO CUCAMONGA, CA 91730-

You said DEFENDANTS are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 352nd District Court ,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

GWENDOLYN BROWN

Filed in said Court on August 17th, 2020 Against HARJEET SINGH, A STERLING FREIGHT CARRIER INC

For suit, said suit being numbered 352-318699-20 the nature of which demand is as shown on said PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE  a copy of which accompanies this citation.

### VALERIE HULSE
Attorney for GWENDOLYN BROWN Phone No. (972)334-9700
Address    16990 DALLAS PKWY STE 100 DALLAS, TX 75248

_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 18th day of August, 2020.

By _Tamara Colacino_

TAMARA COLACINO

A CERTIFIED COPY
ATTEST: 08/18/2020
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Tamara Colacino

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

### OFFICER'S RETURN  *35231869920000004*

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at _____ within the county of _____, State of _____ at _____ o'clock ___M on the _____ day of _____, _____ by delivering to the within named (Def.): _____ defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE, having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____

County of _____ State of_____ By _____ Deputy

Fees $_____

State of _____ County of _____ (Must be verified if served outside the State of Texas)

Signed and sworn to by the said _____ before me this _____ day of _____, ___

to certify which witness my hand and seal of office

(Seal)

County of _____, State of _____

## *CITATION*

Cause No. 352-318699-20

**GWENDOLYN BROWN**

VS.

**HARJEET SINGH, ET AL**

ISSUED

This 18th day of August, 2020

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By          TAMARA COLACINO Deputy

**VALERIE HULSE**
Attorney for: GWENDOLYN BROWN
Phone No. (972)334-9700
ADDRESS: 16990 DALLAS PKWY STE 100

DALLAS, TX 75248

## *CIVIL LAW*



*35231869920000004*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
**ORIGINAL**

-



CAUSE NO. 352-318699-20

FILED
TARRANT COUNTY
8/17/2020 2:00 PM
THOMAS A. WILDER
DISTRICT CLERK

| | | |
|---|---|---|
| **GWENDOLYN BROWN** | § | **IN THE DISTRICT COURT** |
| **PLAINTIFF** | § | |
| **vs.** | § | **____th JUDICIAL DISTRICT** |
| | § | |
| **HARJEET SINGH and A STERLING** | § | |
| **FREIGHT CARRIER, INC.,** | § | |
| **DEFENDANTS** | § | **TARRANT COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

**PLAINTIFF** files this Original Petition and states the following:

1. Plaintiff intends that discovery be conducted under Discovery Level 2. Plaintiff affirmatively pleads that they are seeking monetary relief of over $200,000.

2. Plaintiff **GWENDOLYN BROWN** is an individual residing in Texas. The last 3 digits of their Texas Driver's License number are 788.

3. Defendant **HARJEET SINGH ("SINGH")** is an individual and resident of the State of Texas and may be served with process at the following home address: **49 Laurel Ct. Calimesa, CA 92320** or wherever Defendant may be found.

4. Defendant **A STERLING FREIGHT CARRIER, INC. ("STERLING")** is a Texas limited liability company, which may be served process on the registered agent, **AJIT SINGH JOHAL**, at the following address **8608 UTICA AVE SUITE 220AJ, RANCHO CUCAMONGA, CA 91730** or wherever Defendant may be found.

5. Pursuant to Rule 47 of the Texas Rules of Civil Procedure, damages and subject matter in controversy are within the jurisdictional limits of this court.

6. This Court has jurisdiction over the parties because the incident occurred in Texas.

7. Venue in this County is proper in this cause under Section 15.002(a) of the Texas Civil Practice and Remedies Code because this is the County in which all or a substantial part of the events or omissions giving rise to the claim occurred.

8. **FACTS OF THE ACCIDENT**. On **February 4, 2020** Plaintiff **BROWN** was driving her 2011 Mercedes Benz ML350 vehicle, westbound on E. Randoll Mill Rd., Tarrant County, Texas. Plaintiff was stopped in the left lane for the red traffic signal, waiting to turn left onto southbound N. Watson Rd (SH 360). Defendant **SINGH** was in the course and scope of his employment with Defendant **STERLING**, driving a tractor trailer, also heading westbound on E. Randoll Mill Rd. Defendant **SINGH** was attempting a left turn onto southbound N. Watson from the center lane, in violation of the official traffic lane markings present on the roadway. Defendant crossed the solid white line and crashed into the passenger side of the Plaintiff's stopped vehicle. The collision resulted in severe and permanent injuries to the Plaintiff, damages to her vehicle, and other harms and losses complained of herein.

9. **VEHICULAR NEGLIGENCE – SINGH.** Defendant **SINGH** was negligent as follows without limitation, and as may be shown at the time of the trial of this cause, which Defendant's negligence was a direct and proximate cause of the incident in question and Plaintiff's injuries and damages alleged herein:
   a. Improper and unsafe lane change and/or left turn;
   b. Failure to obey official road markings;
   c. Failing to maintain a proper lookout;
   d. Failing to maintain proper control of defendant's vehicle;
   e. Failing to turn the vehicle to avoid the collision;
   f. Failing to pay full attention to driving, driving while distracted.

10. **NEGLIGENCE *PER SE* – SINGH.** Defendant **SINGH's** violations of local ordinances and state traffic laws constitute negligence *per se*. Defendant's negligence *per se* was a direct and proximate cause of the collision in question and the resulting injuries and damages sustained by Plaintiff. Defendant's violations of local ordinances and state traffic laws include without limitation the following, and as may be shown at the time of trial of this cause:
   a. Violation of the laws of the State of Texas, including Texas Transportation Code **§545.060** when Defendant failed to maintain driving within a single lane and moved from the lane when that movement could not be made safely;
   b. Violation of the laws of the State of Texas, including Texas Transportation Code **§545.101** when Defendant made a left turn from the center lane and in violation of the official traffic control markings present on the roadway.
   c. Violation of the laws of the State of Texas, including Texas Transportation Code **§545.103** when Defendant made a turn from a direct course when unsafe; and
   d. Violation of the laws of the State of Texas, including Texas Transportation Code **§545.401**, when Defendant drove their vehicle with heedless and reckless disregard of the safety and welfare of others, including Plaintiff.

On the occasion in question, Defendant failed to comply with the above provisions of the Texas Transportation Code and such other provisions as may be shown at trial. Plaintiff is within the class of persons designed to be protected by the above referenced statues. As such, Defendant's conduct on the occasion in question constituted negligence *per se*, that is, negligence as a matter of law. Defendant's negligence *per se* was a direct and proximate cause of the incident in question and Plaintiff's injuries and damages.

11. **NEGLIGENT ENTRUSTMENT - DEFENDANT A STERLING FREIGHT CARRIER, INC.** Defendant **STERLING** was an owner of the tractor trailer vehicle, which **STERLING** entrusted to Defendant **SINGH** and permitted **SINGH** to operate said vehicle at the time of the subject crash. Defendant **SINGH** had control over the vehicle at the time of the crash; and he was driving it in a manner that was incompetent and reckless. **STERLING** knew, or in the exercise of reasonable care, should have known that **SINGH** was an incompetent and reckless driver; as described in a greater detail above and incorporated herein by reference. **STERLING** breached his duties of care and did not act as a reasonable vehicle owner would under the same or similar circumstances. **SINGH** was negligent at the time of the crash as described above and incorporated herein by reference. Defendant **STERLING's** negligent entrustment of the vehicle proximately caused the collision and damages to Plaintiff as complained of herein.

12. **DEFENDANT A STERLING FREIGHT CARRIER, INC – *RESPONDEAT SUPERIOR.*** At the time of the collision made the basis of this action, Defendant **SINGH** was the agent, servant, and/or employee of Defendant **STERLING** and was acting within the scope of his authority as such agent, servant, and/or employee. At the time of the accident, Defendant **SINGH'S** negligence more thoroughly described above was a proximate cause of Plaintiff's injuries and damages described herein. Therefore, Defendant **STERLING** must be held jointly and severally liable for tortious actions of its employee, Defendant **SINGH,** under the doctrine of *Respondeat Superior.*

13. **DAMAGES.** Plaintiff alleges that as a direct and proximate result of the conduct and/or negligent acts and/or omissions of the Defendant listed above, Plaintiff is entitled to recover the following legal damages:

    a. Medical and healthcare expenses incurred in the past;
    b. Medical and healthcare expenses which, in all reasonable probability, will be incurred in the future;
    c. Physical pain and suffering in the past;
    d. Physical pain and suffering which, in all reasonable probability, will be incurred in the future;
    e. Physical impairment suffered in the past;
    f. Physical impairment which, in all reasonable probability, will be suffered in the future;
    g. Loss of earning capacity in the past and in the future;
    h. Permanent damage and permanent disability;
    i. Damages to personal property of Plaintiff, loss of use, diminution of value of personal property.

Each of the Defendant's acts and omissions, whether taken singularly or in combination, were a proximate cause of Plaintiff's injuries and the damages pleaded for herein.

14. **U. S. LIFE TABLES.** Notice is hereby given that Plaintiff intends to use the U.S. Life Tables as prepared by the Department of Health and Human Services.

15. **COSTS AND INTEREST.** It was necessary for Plaintiff to expend money as costs of Court requisite to prosecute this cause of action. Therefore, an award of these costs to Plaintiff is authorized by Rule 131 of the Texas Rules of Civil Procedure. Plaintiff is also seeking the pre-judgment and post-judgment interest as allowed by law.

16. **REQUEST FOR DISCLOSURE.** Pursuant to Rule 194, you are requested to disclose, within fifty (50) days of the service of this request, the information or material described in Rule 194.2 (a)-(1). Further, Plaintiff requests disclosure of all documents, electronic information, and tangible items that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses.

17. **PLAINTIFF'S NOTICE OF INTENTION TO USE PRODUCTION OF DOCUMENTS AT TRIAL.** Plaintiff, in accordance with Rule 193.7 of the Texas Rules of Civil Procedure, files Plaintiff's Notice of Intention to Use Production Documents at Trial.

Plaintiff hereby gives notice to all parties that they intend to use at trial, or at any pre-trial proceedings, all documents produced by Defendant in response to discovery from any and all parties in this cause.

18. **WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that the Defendants be cited to appear and answer herein and that upon final trial hereof, Plaintiff recovers judgment against Defendants for damages, as herein set forth, pre-judgment and post-judgment interest, costs of suit, and such other and further relief to which Plaintiff may show themselves justly entitled, either at law or in equity.

<div style="margin-left:40%">

Respectfully submitted,
THE HULSE LAW FIRM
By: /s/ Valerie Hulse
Texas Bar No. 24042858
16990 Dallas Pkwy, Suite 100
Dallas TX 75248
Telephone/Fax (972)334-9700
val@hulselaw.com
Attorney for Plaintiff

</div>

**TO DEFENDANT ONLY**: This is a legal document which is extremely time sensitive. You should **IMMEDIATELY** forward a copy of this document to **YOUR INSURANCE AGENT OR INSURANCE REPRESENTATIVE** to secure coverage.

# EXHIBIT 2c

352-318699-20

FILED
TARRANT COUNTY
9/21/2020 10:25 AM
THOMAS A. WILDER
DISTRICT CLERK

## CAUSE NO. 352-318699-20

| | | |
|---|---|---|
| **GWENDOLYN BROWN** | § | **IN THE DISTRICT COURT OF** |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **352ND JUDICIAL DISTRICT** |
| | § | |
| **HARJEET SINGH AND A STERLING** | § | |
| **FREIGHT CARRIER, INC.** | § | |
| *Defendants* | § | **TARRANT COUNTY, TEXAS** |

---

### DEFENDANTS HARJEET SINGH AND A STERLING FREIGHT CARRIER, INC.'S ORIGINAL ANSWER AND REQUEST FOR DISCLOSURE

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COME NOW,** Defendants HARJEET SINGH and A STERLING FREIGHT CARRIER, INC. ("Defendants"), and file their Original Answer and Request for Disclosure to Plaintiff's Original Petition, and in support respectfully show the Court the following:

### I.   GENERAL DENIAL

Defendants deny each and every, all and singular, allegations contained in Plaintiff's Original Petition and demand strict proof by a preponderance of the credible evidence as required by the laws and Constitution of the State of Texas, including, without limitation, Texas Rule of Civil Procedure 92.

### II.   REQUESTS FOR DISCLOSURE

Pursuant to Texas Rule of Civil Procedure 194, Defendants request that Plaintiff disclose, within thirty (30) days of the service of this request, the information or material described in Rule 194.2, which is to be produce at the office of the undersigned counsel during normal business hours. TEX. R. CIV. P. 194.

### III.   NOTICE OF INTENT TO USE DOCUMENTS PRODUCED PURSUANT TO T.R.C.P. 193.7

Defendants place Plaintiff on notice that pursuant to Texas Rule of Civil Procedure 193.7, all documents produced by Plaintiff in this litigation are authenticated for use against the producing party in this case and may be used as evidence during pre-trial procedures and at trial of this matter. TEX. R. CIV. P. 193.7.

### IV.   PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Defendants respectfully pray that upon final hearing, Plaintiff take nothing by way of her cause of action, and that Defendants recover all costs expended herein, and for such other and further relief, both at law and in equity, to which Defendants may show to be justly entitled.

Respectfully submitted,

**SARGENT LAW, P.C.**

By:   */s/ David Sargent*
       **DAVID L. SARGENT**
       State Bar No. 17648700
       david.sargent@sargentlawtx.com
       **ANGELA A. AVENT**
       State Bar No. 24107572
       angela.avent@sargentlawtx.com

       1717 Main Street, Suite 4750
       Dallas, Texas 75201-7346
       (214) 749-6516 (direct – David Sargent)
       (214) 749-6316 (fax – David Sargent)

       **ATTORNEYS FOR DEFENDANTS
       HARJEET SINGH and A STERLING
       FREIGHT CARRIER, INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on the 21ST day of September 2020, a true and correct copy of the foregoing document was forwarded via ECF to counsel for Plaintiff:

Valerie Hulse
THE HULSE LAW FIRM
16990 Dallas Pkwy, Suite 100
Dallas, Texas 75248
val@hulselaw.com

*/s/ David Sargent*
**DAVID L. SARGENT**

# EXHIBIT 2d

352-318699-20

FILED
TARRANT COUNTY
9/21/2020 10:25 AM
THOMAS A. WILDER
DISTRICT CLERK

## CAUSE NO. 352-318699-20

| | | |
|---|---|---|
| **GWENDOLYN BROWN** | § | **IN THE DISTRICT COURT OF** |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **352ND JUDICIAL DISTRICT** |
| | § | |
| **HARJEET SINGH AND A STERLING** | § | |
| **FREIGHT CARRIER, INC.** | § | |
| *Defendants* | § | **TARRANT COUNTY, TEXAS** |

## DEFENDANTS' REQUEST FOR JURY TRIAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COME NOW,** HARJEET SINGH and A STERLING FREIGHT CARRIER, INC., Defendants herein, and request that a jury trial be held on said cause.  A jury fee has been paid by the Defendants.

Respectfully submitted,

**SARGENT LAW, P.C.**

By:   */s/ David Sargent* _____
　　　**DAVID L. SARGENT**
　　　State Bar No. 17648700
　　　david.sargent@sargentlawtx.com
　　　**ANGELA A. AVENT**
　　　State Bar No. 24107572
　　　angela.avent@sargentlawtx.com

1717 Main Street, Suite 4750
Dallas, Texas 75201-7346
(214) 749-6516 (direct – David Sargent)
(214) 749-6316 (fax – David Sargent)

**ATTORNEYS FOR DEFENDANTS**
**HARJEET SINGH and A STERLING**
**FREIGHT CARRIER, INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on the 21ST day of September 2020, a true and correct copy

of the foregoing document was forwarded via ECF to counsel for Plaintiff:

> Valerie Hulse
> THE HULSE LAW FIRM
> 16990 Dallas Pkwy, Suite 100
> Dallas, Texas 75248
> val@hulselaw.com

*/s/ David Sargent*
**DAVID L. SARGENT**